The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JONATHAN CHARLES GOFORTH and CAROL J. BUTTERFIELD, husband and wife, individually and the marital community comprised thereof,

Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY, a foreign insurer,

Defendant.

No. 2:16-cv-00649-JLR

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by the parties to the above action, through their respective attorneys, that this cause, including all claims, counterclaims and cross-claims which were or could have been asserted by any party, has been compromised and settled and may be dismissed with prejudice and without any award of costs or attorney's fees to any party

DATED this 25th day of January, 2017.

LAW OFFICES OF WILLIAM
MERCHANT PEASE

By /s/William M. Pease (original signature on file)
William M. Pease, WSBA #11063
*Attorneys for Plaintiffs*

KELLER ROHRBACK L.L.P.

By /s/Irene M. Hecht
Irene M. Hecht, WSBA #11063
*Attorneys for Defendant USAA Casualty Insurance Company*

STIPULATION AND ORDER OF DISMISSAL
(2:16-cv-00649-JLR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\20512\169\STOD.docx

## ORDER

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-entitled cause shall be, and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

DONE IN OPEN COURT this 25th day of January, 2017.

By _____
THE HONORABLE JAMES L. ROBART

Presented by:

KELLER ROHRBACK L.L.P.

By /s/Irene M. Hecht
    Irene M. Hecht, WSBA #11063
    Michael G. Howard, WSBA #31808
    Attorneys for Defendant
    USAA Casualty Insurance Company

Approved as to form;
Notice of presentation waived.

LAW OFFICES OF WILLIAM MERCHANT PEASE

By /s/William M. Pease (original signature on file)
    William Merchant Pease, WSBA #2621
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
(2:16-cv-00649-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\20512\169\STOD.docx